Lawrence S. Starkopf  *ARDC # 2706903*

Lawrence S. Starkopf, P.C.

734 Central

Highland Park, Illinois, 60035

(847)266-0706  *lstarkopf@chausowshafer.com*

Attorney for Creditors Ariel Singer and Martin Singer

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

| | |
|---|---|
| IN RE<br><br>CAROLANN MARIE KRAFT<br>　　　　　DEBTOR<br><br>ARIEL SINGER AND MARTIN SINGER<br>　　　　　PLAINTIFFS<br><br>V.<br><br>CAROLANN MARIE KRAFT<br>　　　　　DEFENDANT | Case no. 15-04728<br><br><br><br><br><br><br><br>ADVERSARY PROCEEDING<br>NO. |

### COMPLAINT OBJECTING TO DISCHARGE OF DEBTS

Now comes ARIEL SINGER AND MARTIN, by and through their attorney Lawrence S. Starkopf, pursuant to 11 U.S.C. section 523, states as follows:

1. Carolann Kraft, fraudulently obtained the use of credit cards of Ariel Singer and Martin Singer.
2. There is presently pending in the Circuit Court of Lake County, Illinois criminal charges against Carolann for the use of credit cards of Ariel and Martin.

3. Carolann took advantage of Ariel, who is cognitively deficient, to convince her to give to her her social security number so that she could open charge cards in her name. Carolann would then charge on the cards and have Ariel pay the bill. The approximate amount owed is $7,000. That is why Carolann listed Martin as creditor. Martin is Ariel's father and Carolann is listing him as debtor to cover all her bases to make sure she has no responsibility to reimburse Ariel and Martin the amount of money she ran up by fraudulently using the credit cards she obtained with Ariel's social security number.
4. Based on the above stated facts, Martin and Ariel Singer request the Corut to disallow the discharge of debts as listed on her schedule of debts to discharge.

Wherefore, Ariel Singer and Martin Singer request this Court to:

A. Deny the discharge of the debts owed to Martin and Ariel Singer;
B. For an award of attorney fees to counsel for Martin and Ariel Singer; and
C. For such further relief the Court deems just.

Respectfully Submitted

Lawrence S. Starkopf, attorney for Creditors Ariel and Martin Singer